STEPHEN MERRITT BURIAL AND CREMATION COMPANY, Respondent, *v.* STEPHEN MERRITT COMPANY et al., Appellants.

*Merritt Burial & Cremation Co.* v. *Merritt Co.*, 155 App. Div. 565, modified.

(Argued March 8, 1915; decided March 23, 1915.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered March 25, 1913, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term in an action to enjoin the defendants from conducting an undertaking business in the city of New York under any style embodying the name "Stephen Merritt."

*Clarence U. Carruth* and *Charles R. Carruth* for appellants.

*Richard Ely* for respondent.

Judgment modified on the dissenting opinion of INGRA-HAM, P. J., below, by striking out all the injunctive provisions thereof except the single provision enjoining the defendant corporation from using the name Stephen Merritt Company in the undertaking business.  No costs of this appeal to either party.

Concur: WILLARD BARTLETT, Ch. J., CHASE, HOGAN and MILLER, JJ.  Dissenting: HISCOCK and SEABURY, JJ.  Not voting: CUDDEBACK, J.